WITTEN LAW, LTD.
Jason B. Witten (SBN 220612)
Blackwell House
Guildhall Yard
London, England EC2V 5AE
Email: j.witten@wittenltd.com
Telephone: 011-44-203-287-9500

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| WANG, HARTMANN, GIBBS & CAULEY, PLC, a California Professional Law Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JASON BRIAN WITTEN, an individual; and WANG, HARTMANN, GIBBS & CAULEY, LTD., a United Kingdom Private Limited Company,<br><br>Defendants. | Case No. SACV10-1499-JVS (MLGX)<br>Assigned for All Purposes to:<br>Judge James V. Selna<br><br>**DECLARATION OF JASON WITTEN IN SUPPORT OF DEFENDANTS' WITTEN AND WANG, HARTMANN, GIBBS & CAULEY, LTD.'S NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Hearing:<br>Date: January 24, 2011<br>Time: 1:30 pm<br>Dept. 10C |

I, Jason Witten, declare:

   1. I am a party in the above captioned action, and am representing all Defendants. I have personal knowledge of the following and if called upon I could and would competently testify thereto.

   2. On November 1, 2010 I contacted counsel for Plaintiff to discuss the issues in the concurrently filed motion to dismiss. I followed up with said counsel on November 23.

1  However, counsel for Plaintiff failed and refused to discuss the substantive issues of this
2  motion.  Accordingly, we could not agree on anything and this motion had to be filed.
3      3.  A true and correct copy of the First Amended Complaint is attached to the
4  motion to dismiss filed herewith as Exhibit A.

6      I declare under the penalty of perjury under the laws of the United States that the
7  foregoing is true and correct.  Signed this 29th day of November 2010 in Windsor, England.

        /s/ Jason B. Witten
         Jason B. Witten

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per F.R.Civ.P. 5 on November 29, 2010.

   /s/ Jason B. Witten
Jason B. Witten