1  WITTEN LAW, LTD.
2  Jason B. Witten (SBN 220612)
   Blackwell House
3  Guildhall Yard
4  London, England EC2V 5AE
   Email: j.witten@wittenltd.com
5  Telephone: 011-44-203-287-9500
6
7  Attorneys for Defendants



8              UNITED STATES DISTRICT COURT
9     FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION
10

| | |
|---|---|
| WANG, HARTMANN, GIBBS & CAULEY, PLC, a California Professional Law Corporation, <br><br> Plaintiff, <br><br> v. <br><br> JASON BRIAN WITTEN, an individual; and WANG, HARTMANN, GIBBS & CAULEY, LTD., a United Kingdom Private Limited Company, <br><br> Defendants.  | Case No. SACV10-1499-JVS (MLGX) <br> Assigned for All Purposes to: <br> Judge James V. Selna <br><br> **DECLARATION OF JASON WITTEN FILED IN SUPPORT OF DEFENDANTS' WITTEN AND WANG, HARTMANN, GIBBS & CAULEY, LTD.'S *EX PARTE* APPLICATION TO FILE UNDER SEAL THEIR NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT AGREEMENT, DECLARATION OF JASON WITTEN IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT, EXHIBITS ATTACHED THERETO & PROPOSED ORDER** |

I, Jason Witten, declare:

   1. I am a party in the above captioned matter. I have personal knowledge of the following and if called upon I could and would competently testify thereto.

   2. The terms of the settlement agreement between the above captioned parties to this action are expressly confidential. The motion to enforce the settlement agreement to be

1

filed is dominated by these confidential facts, as is my supporting declaration and the supporting exhibits. On November 22, 2010 and December 6, 2010, I contacted counsel for Plaintiff to discuss this Application and give notice of it and was informed that it is unopposed.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Signed this 6th day of December, 2010 in Windsor, England.

_____
Jason Witten

Declaration of Jason Witten in support of *Ex Parte* Application to File Motion to Enforce Settlement Under Seal

# PROOF OF SERVICE

<u>WANG, HARTMANN, GIBBS & CAULEY, PLC V. JASON BRIAN WITTEN, ET AL.</u>

USDC-CENTRAL CASE NO.: SACV10-1499-JVS (MLGX)

COUNTY OF BERKSHIRE, ENGLAND

I am employed in the County of Berkshire, England. I am over the age of 18 and not a party to the within action. My business address is Blackwell House, Guildhall Yard, London, EC2V 5AE, England.

On December 6, 2010 I served the foregoing documents described as: **DEFENDANTS' WITTEN AND WANG, HARTMANN, GIBBS & CAULEY, LTD.'S <u>UNOPPOSED</u> *EX PARTE* APPLICATION TO FILE UNDER SEAL THEIR NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT AGREEMENT, DECLARATION OF JASON WITTEN IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT, EXHIBITS ATTACHED THERETO & PROPOSED ORDER; AND SUPPORTING DECLARATION OF JASON WITTEN AND [PROPOSED] ORDER** on the interested party(ies) in this action by placing true and correct copies thereof enclosed in a sealed envelope address as follows:

John Van Loben Sels
WANG, HARTMANN, GIBBS & CAULEY
2570 WEST EL CAMINO REAL
SUITE 440
MOUNTAIN VIEW, CA 94040
johnvanlobensels@whgclaw.com

X     By E-MAIL OR ELECTRONIC TRANSMISSION: I transmitted the document(s) electronically to the person(s) at the email address(es) listed above. The transmission was reported as complete and without error.

X     By first-class international mail: I caused said document(s) to be sent on December 6, 2010, to the addressee above.

Executed December 6, 2010 at Windsor, England.

*[signature]*
CENDRINE HARKER-WITTEN