**WANG HARTMANN GIBBS & CAULEY, PLC**
Richard F. Cauley (SBN: 109194)
RichardCauley@whgclaw.com
John van Loben Sels (SBN 201354)
jvanlobensels@whgclaw.com
1301 Dove Street, Suite 1050
Newport Beach, California 92660
Telephone:  (949) 833-8483
Facsimile:  (949) 833-2281

Attorneys for Plaintiff
WANG HARTMANN GIBBS & CAULEY, PLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| WANG HARTMANN GIBBS & CAULEY, PLC, a  Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JASON BRIAN WITTEN, an individual; and WANG, HARTMANN, GIBBS & CAULEY LTD., a United Kingdom Private Limited Company.<br><br>Defendants. | Case No.:  SACV10-1499-JVS (MLGX)<br>Assigned for All Purposes to:<br>Honorable James V. Selna<br><br>**ORDER RE STIPULATION FOR CONTINUANCE OF HEARINGS ON DEFENDANTS' (1) MOTION TO DISMISS THE SECOND AMENDED COMPLAINT; (2) SECOND MOTION TO ENFORCE SETTLEMENT AGREEMENT; AND (3) SECOND MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. RULES 11 & 41(D), AND 28 USC 1927** |

i
[PROPOSED] ORDER RE STIPULATION FOR CONTINUANCE OF HEARINGS

1  Having read the foregoing stipulation, and good cause appearing,

3  IT IS HEREBY ORDERED that the Scheduling Conference currently
4  scheduled for May 23, 2011, be continued to May 25, 2011 at 1:30 p.m.

7  Dated:  May 20, 2011    _____
                                                JAMES V. SELNA
                                                United States District Judge

1

[PROPOSED] ORDER RE STIPULATION FOR CONTINUANCE OF HEARINGS