# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1499 JVS (MLGx) | Date | May 25, 2011 |
| Title | Wang, Hartman, Gibbs & Cauley, PLC v. Jason Brian Witten et al. | | |

Present: The Honorable     James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Richard Cauley | Jason B. Witten |

**Proceedings:**   **Defendants' Motion to Dismiss 2nd Amended Complaint** (Fld 4-18-11)

**Defendant's Second Motion to Motion to Enforce Settlement Agreement**  (Fld 4-25-11)

**Defendant's Second Motion for Sanctions** (Fld 4-25-11)

Cause called and counsel make their appearances.  The Court's tentative ruling is issued.  Counsel make their arguments.  The Court and counsel confer.  The Court will hold the ruling on this matter to June 30, 2011.

|  | 00 | : | 09 |
|---|---|---|---|
| Initials of Preparer | KJT | | |