**WANG HARTMANN GIBBS & CAULEY, PLC**
jvanlobensels@whgclaw.com
1301 Dove Street, Suite 1050
John van Loben Sels (SBN 201354)
Newport Beach, California 92660
Telephone:  (949) 833-8483
Facsimile:  (949) 833-2281

Attorneys for Plaintiff
WANG HARTMANN GIBBS & CAULEY, PLC

**WITTEN LAW, LTD.**
Jason B. Witten (SBN 220612)
j.witten@wittenltd.com
Blackwell House
Guildhall Yard
London, England
Telephone: 44-203-287-9500

Attorney for Defendants
JASON BRIAN WITTEN, and WITTEN LAW, LTD. F/K/A WANG, HARTMANN, GIBBS & CAULEY, LTD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| WANG, HARTMANN, GIBBS & CAULEY, PLC, a California Professional Law Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JASON BRIAN WITTEN, an individual; and WITTEN LAW, LTD. F/K/A WANG, HARTMANN, GIBBS & CAULEY, LTD., a United Kingdom Private Limited Company,<br><br>Defendants. | Case No.:  SACV10-1499-JVS (MLGX)<br>Assigned for All Purposes to:<br>Honorable James V. Selna<br><br>**JUDGMENT** |

Defendants' Motion to Dismiss the Second Amended Complaint (Docket Entry No. 67) and Second Motion to Enforce the Settlement Agreement (Docket Entry No. 70), both having been granted by the Court on July 1, 2011 (Docket Entry No. 94), which Order is incorporated herein, **JUDGMENT** is hereby entered for Defendants Jason B. Witten and Witten Law Ltd. (f/k/a Wang, Hartmann, Gibbs & Cauley, Ltd.) on this date, dismissing the Second Amended Complaint in its entirety with prejudice, including the First Cause of Action for Federal Trademark Infringement (15 U.S.C. § 1114), Second Cause of Action for Federal False Designation of Origin (15 U.S.C. § 1125(a)), Third Cause of Action for Fraud, Fourth Cause of Action for Conversion and Embezzlement, Fifth Cause of Action for Interference with Contract, Sixth Cause of Action for Interference with Prospective Economic Advantage, Seventh Cause of Action for Defamation, Eighth Cause of Action for Breach of Contract, Ninth Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing and Tenth Cause of Action for Accounting.

**IT IS SO ADJUDGED AND DECREED.**

DATED: September 02, 2011   By: _____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE